**No. 62379.**—Halsey Import Company *v.* United States, protest 317478–K (New York).

Opinion by JOHNSON, J. At the trial, a memorandum of the collector, dated June 5, 1958, was offered in evidence, in which he stated that the correct amount of dozens which was subject to duty at the specific rate was 6,462. In accordance with stipulation of counsel that the facts set forth in this memorandum were true and correct, the collector was directed to reliquidate the entry, assessing the specific duty of 10 cents per dozen on the basis of 6,462 dozen.

**No. 62380.**—Wool Distributing Corporation *v.* United States, protest 329908–K (Boston).

Opinion by JOHNSON, J. In accordance with oral stipulation of counsel that one bale of greasy wool, No. 38, weighing 255 pounds gross, was not landed in the United States, the collector was directed to reliquidate the entry and refund all duty assessed upon said merchandise.

**No. 62381.**—Ebeling & Reuss Co. et al. *v.* United States, protests 190203–K, etc. (Philadelphia).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), the claim of the plaintiffs was sustained.

OCTOBER 9, 1958

**No. 62382.**—Coldwater Seafood Corp. *v.* United States, protests 300859–K and 304175–K.—Protests abandoned August 7, 1958. (Not published.) (Initial No. 147817–K.) Plaintiff's application for rehearing granted by OLIVER, C. J., and WILSON, J. MOLLISON, J., dissented.